# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                      CASE NOS . 4:97cr9-RH
                                                                                           4:97cv39-RH/WCS

ANTHONY WILLIAMS,

    Defendant.
_____/

## ORDER DENYING RULE 60(b) MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 94) and the objections thereto (document 95). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for relief from his conviction and sentence (document 92) is DENIED as an unauthorized second or successive motion under 28 U.S.C. § 2255.

SO ORDERED this 12th day of May, 2007.

                                                                         s/Robert L. Hinkle
                                                                         Chief United States District Judge