IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:97cr9-RH/GRJ

ANTHONY WILLIAMS,

    Defendant.

_____/

## ORDER DENYING THE SECOND § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 102, and the objections, ECF No. 103. I have reviewed *de novo* the issues raised by the objections.

In 1997, a jury convicted the petitioner Anthony Williams of possessing a firearm as a convicted felon. At sentencing Mr. Williams was found to have prior violent-felony convictions that made him an armed career criminal under 18 U.S.C. § 924(e). Mr. Williams was sentenced accordingly. He appealed, challenging the finding that he was an armed career criminal, but lost. Mr. Williams sought relief under 28 U.S.C. § 2255 but again lost. A certificate of appealability was denied, both here and in the Eleventh Circuit. Mr. Williams also

lost an additional motion challenging the sentence, purportedly under Federal Rule of Civil Procedure 60.

Mr. Williams now has filed a new § 2255 motion asserting that, under *Shepard v. United States*, 544 U.S. 13 (2005), he was improperly treated as an armed career criminal. As correctly noted in the report and recommendation, Mr. Williams cannot pursue this successive § 2255 motion without authorization from the United States Court of Appeals for the Eleventh Circuit. Moreover, Mr. Williams has alleged no explanation for waiting seven years to assert a claim based on *Shepard* and no basis for his conclusory assertion that his sentence was inconsistent with *Shepard*.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is denied." The clerk must close the file.

SO ORDERED on December 5, 2012.

                                              s/Robert L. Hinkle
                                              United States District Judge